## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**GABRIEL ARMENDARIZ, RYAN DIMAS,**
**FREDDIE DOMINGUEZ, PEDRO ESQUIBEL,**
**JOSE MACIAS, ALEX MALDONADO,**
**and CARLOS MALDONADO,**

**Plaintiffs,**

**v.**                                                              **No. 09-CV-594 WPL/LAM**

**GEO GROUP, INC., a Florida corporation,**
**Et al.**

**Defendants.**

### STIPULATED ORDER EXTENDING PLAINTIFFS RYAN DIMAS'S AND GABRIEL ARMENDARIZ'S TIME TO PROCEED UNDER D.N.M.LR-Civ. 37.1

The Court, understanding that the parties have stipulated and agreed hereto, pursuant to D.N.M.LR-Civ. 26.6 hereby extends the time until December 15, 2009, for Plaintiffs Ryan Dimas and Gabriel Armendariz to proceed under D.N.M.LR-Civ. 37.1 with respect to Plaintiff Dimas's First Interrogatories to Defendant Timothy Hatch and Plaintiff Amendariz's First Requests for Production to Defendant Geo Group, Inc.

**IT IS SO ORDERED.**

_Lourdes a. Martinez_

**HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

DAVIS & GILCHRIST, P.C.

Bryan J. Davis, Esq.
William G. Gilchrist, IV
Davis & Gilchrist, P.C.

117 Bryn Mawr Dr SE
Albuquerque, NM 87106
(505) 435-9908
Facsimile (505) 435-9909

Brendan Egan
Staff Attorney
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103-0566
(505) 243-0046
Facsimile (505) 266-5916

George Bach
Bach & Garcia, LLC
300 Central SW
Suite 2000 East
Albuquerque, New Mexico 87102
(505) 899-1030
Facsimile (505) 899-1030


Philip B. Davis
Co-Legal Director for
ACLU of New Mexico
814 Marquette N.W.
Albuquerque, N.M.  87102
(505) 242-1904
Facsimile (505) 242-1864

OF COUNSEL

*Attorneys for Plaintiffs*


Stipulated and agreed to by:

YENSON, LYNN, ALLEN & WOSNICK, P.C.

  Approved via email on 11/25/09_____
Patrick D. Allen
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
Facsimile (505) 268-6694
*Attorneys for Defendants*