IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GABRIEL ARMENDARIZ, RYAN DIMAS,
FREDDIE DOMINGUEZ, PEDRO ESQUIBEL,
JOSE MACIAS, ALEX MALDONADO,
and CARLOS MALDONADO,**

**Plaintiffs,**

v.                                                                    No. 09-CV-594 WPL/LAM

**GEO GROUP, INC., a Florida corporation,
Et al.**

**Defendants.**

### STIPULATED ORDER EXTENDING PLAINTIFF
### GABRIEL ARMENDARIZ'S TIME TO PROCEED UNDER D.N.M.LR-Civ. 37.1

The Court, understanding that the parties have stipulated and agreed hereto, pursuant to D.N.M.LR-Civ. 26.6, hereby extends the time until **January 15, 2010**, for Plaintiff Gabriel Armendariz to proceed under D.N.M.LR-Civ. 37.1 with respect to Plaintiff Armendariz's First Requests for Production to Defendant Geo Group, Inc. Nos. 10 and 1.

IT IS SO ORDERED.

_____
**HONORABLE LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**

Submitted by:

DAVIS & GILCHRIST, P.C.

Bryan J. Davis, Esq.
William G. Gilchrist, IV
Davis & Gilchrist, P.C.

117 Bryn Mawr Dr SE
Albuquerque, NM 87106
(505) 435-9908
Facsimile (505) 435-9909

Brendan Egan
Staff Attorney
ACLU of New Mexico
P.O. Box 566
Albuquerque, NM 87103-0566
(505) 243-0046
Facsimile (505) 266-5916

George Bach
Bach & Garcia, LLC
300 Central SW
Suite 2000 East
Albuquerque, New Mexico 87102
(505) 899-1030
Facsimile (505) 899-1030


Philip B. Davis
Co-Legal Director for
ACLU of New Mexico
814 Marquette N.W.
Albuquerque, N.M.  87102
(505) 242-1904
Facsimile (505) 242-1864

OF COUNSEL

*Attorneys for Plaintiffs*


Stipulated and agreed to by:

YENSON, LYNN, ALLEN & WOSNICK, P.C.

   Approved via email on 12/15/09_____
Patrick D. Allen
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
Facsimile (505) 268-6694
*Attorneys for Defendants*